# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANTHONY PETERS

NO. 2019 KW 1200

NOV 1 2 2019

---

In Re:   Anthony Peters, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 12-11-0184.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND CRAIN, JJ.**

**WRIT DENIED.**   The records of the East Baton Rouge Parish Clerk's Office reflect that on October 24, 2019, the district court denied relator's application for postconviction relief.

**VGW**
**JMG**
**WJC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT